IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:08CR124

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| CRISTIAN FERNANDO MONTERO | ) | |

**THIS MATTER** came on for hearing before the Court on the Defendant's motion to dismiss on April 8, 2009. Defendant appeared with counsel and the United States Attorney was also present.

After review of the parties' briefs and hearing arguments of counsel, and for the reasons stated on the record in open court,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to dismiss is hereby **DENIED**.

Signed: April 16, 2009

Lacy H. Thornburg
United States District Judge