**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL CASE NO. 1:08cr124**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **CRISTIAN FERNANDO MONTERO.** | ) | |
| ——————————————— | ) | |


**THIS MATTER** is before the Court on the Order of the Fourth Circuit Court of Appeals vacating the Defendant's conviction and remanding this case for further proceedings.  [Doc. 32].  Also before the Court is the Defendant's "Motion to Dismiss the Indictment Under U.S. v. Simmons and Motion for Release" [Doc. 34].  The Government does not object to the Defendant's Motion.

In light of the Fourth Circuit's Order vacating the Defendant's conviction pursuant to United States v. Simmons, -- F.3d --, 2011 WL 3607266 (4th Cir. Aug. 17, 2011) (en banc), the Court enters the following Order.

# O R D E R

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 34] is **GRANTED**, and the Indictment filed in the above-captioned case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant is hereby immediately **RELEASED** from the custody of the Bureau of Prisons.

The Clerk of Court is **DIRECTED** to provide a copy of this Order to counsel for the Government, counsel for the Defendant, and the United States Marshal's Service.

**IT IS SO ORDERED**.

Signed: September 21, 2011

Martin Reidinger
United States District Judge